1 STEVEN G. KALAR
Federal Public Defender
2 ELLEN V. LEONIDA
Assistant Federal Public Defender
3 555 - 12th Street, Suite 650
Oakland, CA 94607-3627
4 Telephone: (510) 637-3500
Facsimile: (510) 637-3507
5 ellen_leonida@fd.org

6 Counsel for Defendant
ERNESTO MONARREZ VIZCARRAZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 13-133 YGR |
| Plaintiff, | STIPULATION TO CONTINUANCE AND EXCLUSION OF TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 ET. SEQ.; ORDER |
| v. | |
| ERNESTO MONARREZ VIZCARRAZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status hearing date of March 28, 2013, presently scheduled at 2:00 p.m. before the Honorable Yvonne Gonzalez Rogers, be vacated and the matter be re-set for April 4, 2013.

The requested continuance is necessary because defense counsel inadvertently set the matter on a date she was scheduled to be out of town. Additionally, defense counsel is obtaining documents from Santa Clara County regarding Mr. Monarrez Vizcarraz's prior convictions. These documents are necessary to evaluate whether any motions are warranted, as well as to calculate the applicable Sentencing Guidelines range.

CR 13-00133 YGR
Stipulation to Continuance and Exclusion of Time

1

1   The parties agree and stipulate that the time until April 4, 2013 should be excluded, under
2   18 U.S.C. §3161(h)(7)(A) and 18 U.S.C. §3161(h)(7)(B)(iv) because the ends of justice served by
3   the granting of the continuance outweigh the bests interests of the public and the defendant in a
4   speedy and public trial. The continuance is necessary to afford the Defendant continuity of counsel
5   and to afford defense counsel necessary time for effective preparation.

Date: March 15, 2013                       /s/
                                           ELLEN V. LEONIDA
                                           Assistant Federal Public Defender
                                           Counsel for defendant GONZALO AMBRIZ

Date: March 15, 2013                       /s/
                                           TALIA FALK
                                           Special Assistant United States Attorney

## ORDER

The court finds that the ends of justice served by the granting of the continuance outweigh the bests interests of the public and the defendant in a speedy and public trial. The continuance is necessary to accommodate counsel's preparation efforts and continuity of counsel. Based on these findings, IT IS HEREBY ORDERED THAT the above-captioned matter is continued to April 4, 2013 at 2:00 p.m., before the Honorable Yvonne Gonzalez Rogers, and that time is excluded until April 4, 2013 pursuant to 18 U.S.C. § 3161(h)(7)(a) and 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

March 15, 2013
Date                                       HON. YVONNE GONZALEZ ROGERS
                                           UNITED STATES DISTRICT JUDGE

CR 13-00133 YGR
Stipulation to Continuance and Exclusion of Time

2